## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PAUL H. ESPERSEN and<br>PEGGY ESPERSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ZIA COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-00966 KBM/JHR<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs submit this stipulation of dismissal of all claims, crossclaims, and counterclaims, which were or could have been alleged, against Defendant Owens-Illinois, Inc. without prejudice and with each party to bear its own costs.

  Respectfully submitted,

  **KELLY, DURHAM & PITTARD, L.L.P.**

  /s/ Justin R. Kaufman
  Justin R. Kaufman
  Rosalind B. Bienvenu
  505 Cerrillos Rd., Suite A209
  Santa Fe, New Mexico 87501
  Telephone: (505) 986-0600
  Facsimile: (505) 986-0632
  jkaufman@kdplawfirm.com
  rbienvenu@kdplawfirm.com

  Luke Pfeifer *(Pro hac vice pending)*
  **FLINT LAW FIRM LLC**
  222 E. Park St., Suite 500
  Edwardsville, IL 62025
  Telephone: (618) 288-4777
  lpfiefer@flintlaw.com

  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing instrument will be served on all counsel via the e-filing system on this the 27th day of November, 2018.

*/s/ Justin R Kaufman*
Justin R. Kaufman