## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PAUL H. ESPERSEN AND**
**PEGGY ESPERSEN,**

        **Plaintiffs,**

**v.**                           **No.: 1:18-CV-00966- JCH-JHR**

**THE ZIA COMPANY; REGENTS OF THE**
**UNIVERSITY OF CALIFORNIA;**
**OWENS-ILLINOIS, INC.; CROWN CORK**
**AND SEAL COMPANY, INC.; HONEYWELL**
**INTERNATIONAL, INC.; HONEYWELL, INC.;**
**and METROPOLITAN LIFE INSURANCE**
**COMPANY,**

        **Defendants**

### STIPULATED ORDER OF DISMISSALWITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Parties' Stipulation of Dismissal without Prejudice of the Regents of The University of California, and the Court having considered the stipulation and being otherwise informed of the premises,

FINDS that the stipulation is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims and causes against Defendant Regents of The University of California are hereby dismissed without prejudice with each Party to bear its own attorneys' fees and costs.  This Order shall have no bearing as to the claims pending against other defendants in this action.

                                    _____

                                  HONORABLE JUDITH C. HERRERA
                                  United States District Judge

2

**SUBMITTED AND APPROVED BY**:

BUTT THORNTON & BAEHR PC

/s/ Phillip W. Cheves
Phillip W. Cheves
Jay J. Athey
*Attorneys for Defendant*
*Regents of The University of California*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
pwcheves@btblaw.com
jjathey@btblaw.com

AND

KELLY DURHAM & PITTARD, LLP

/s/ Justin R. Kaufman
Justin R. Kaufman
Rosalind Bienvenu
Kelly Durham & Pittard, LLP
505 Cerrillos Rd., Sutie A 209
Santa Fe, NM  8750l
(505) 986-0600
jkaufman@kdplawfirm.com
rbienvenu@kdplawfirm.com
*Attorneys for Plaintiffs*

*/s/* Luke P. Pfeifer
Luke P. Pfeifer
Flint Law Firm LLC
222 E. Park St., Suite 500
Edwardsville, IL  62025
(618) 288-4777
lpfeifer@flintlaw.com
*Attorney for Plaintiffs*

*/s/ Robert P. Warburton*
Robert P. Warburton
Sara N. Sanchez
Stelzner, Winter, Warburton,
Flores, Sanchez & Dawes, P.A.
302 Eighth St., N.W., Sutie 200
P. O. Box 428

Albuquerque, NM  87103-0528
Phone:  938-7770
rpw@stelznerlaw.com
ssanchez@stelznerlaw.com
*Attorneys for Defendant Crown Cork and*
*Seal Company, Inc.*

*/s/ Tonn K. Petersen*
Tonn K. Petersen
Perkins Coie LLP
1111 West Jefferson St., Suite 500
Boise, ID  83702
Phone:  (208) 343-3434
Fax:  (208) 343-3232
tkpetersen@perkinscoie.com
*Attorneys for Defendant*
*Honeywell International, Inc.*

*/s/ Laura Renee Ackermann*
Laura Renee Ackermann
Lewis Brisbois Bisgaard & Smith LLP
8801 Horizon Blvd., Suite 300
Albuquerque, NM  87113
Phone:  828-3600
Fax:  828-3900
laura.ackermann@lewisbrisbois.com
*Attorneys for Defendant Honeywell, Inc.*

*/s/ Tyler M. Cuff*
Tyler M. Cuff
Rodey, Dickson, Sloan, Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM  87103
Phone:  765-5900
Fax:  768-7395
tcuff@rodey.com
*Attorneys for Defendant Metropolitan Life*
*Insurance Company*