IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL H. ESPERSEN and
PEGGY ESPERSEN,

    Plaintiffs,

v.                                                                                       No. 1:18-cv-00966-JCH/JHR

THE ZIA COMPANY, et al,

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Re: The Zia Company**

THIS MATTER having come before the Court upon the Parties' Stipulation of Dismissal *without Prejudice* of the The Zia Company [Doc. 43], and the Court having considered the stipulation and being otherwise informed of the premises, FINDS that the stipulation is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims and causes against Defendant The Zia Company shall be and hereby are dismissed *without prejudice* with each Party to bear its own attorneys' fees and costs. This Order shall have no bearing as to the claims pending against other defendants in this action.

                                                                                       THE HONORABLE JUDGE JUDITH C. HERRERA

Approved by:

**ATKINSON, BAKER & RODRIGUEZ, P.C.**
Justin D. Rodriguez
201 3rd Street NW ~ Suite 1850
Albuquerque, NM  87102
(505) 764-8111
jrodriguez@abrfirm.com
*Attorneys for Defendant The Zia Company*

    -And-

**FLINT LAW FIRM LLC**
Luke Pfeifer *(pro hac vice pending)*
222 E. Park St., Suite 500
Edwardsville, IL 62025
(618) 288-4777
lpfiefer@flintlaw.com

Justin R. Kaufman
505 Cerrillos Road, Suite A209
Santa Fe, New Mexico 87501
505.986.0600
jkaufman@dpslawgroup.com
*Attorneys for Plaintiff*