**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**PAUL H. ESPERSEN AND**
**PEGGY ESPERSEN,**

**Plaintiffs,**

**vs.** **No. 1:18-cv-00966-JCH-JHR**

**THE ZIA COMPANY; REGENTS OF THE UNIVERSITY OF CALIFORNIA; OWENS-ILLINOIS, INC.; CROWN CORK AND SEAL COMPANY, INC.; HONEYWELL INTERNATIONAL, INC.; HONEYWELL, INC.; and METROPOLITAN LIFE INSURANCE COMPANY,**

**Defendants.**

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before the Court on Plaintiffs' and Defendants Honeywell International, Inc., Honeywell, Inc., and Metropolitan Life Insurance Company Stipulated Motion for Dismissal Without Prejudice, the Court having considered the Motion and being sufficiently advised in the premises, FINDS that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims and causes against Defendants Honeywell International, Inc., Honeywell, Inc., and Metropolitan Life Insurance Company that were or could have been asserted in the above-captioned matter shall be and hereby are DISMISSED, WITHOUT PREJUDICE, with each Party to bear its own attorneys' fees and costs.

HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

**DURHAM, PITTARD & SPALDING, LLP**
*/s/ Justin R. Kaufman*
Justin R. Kaufman
505 Cerrillos Road, Suite A209
Santa Fe, New Mexico 87501
Tel: 505-986-0600
jkaufman@dpslawgroup.com

~and~

**FLINT LAW FIRM LLC**
*/s/ Luke Pfeifer*
Luke Pfeifer *(pro hac vice)*
222 E. Park St., Suite 500
Edwardsville, IL 62025
Tel: 618-288-4777
lpfiefer@flintlaw.com
*Attorneys for Plaintiff*

**LEWIS BRISBOIS**

*/s/ _Ronald Hellbusch*
Ronald Hellbusch
Laura Ackermann
8801 Horizon Boulevard, NE, Suite 300
Albuquerque, NM 87113
Tel: 505-828-3600
Laura.ackermann@lewisbrisbois.com
Ronald.hellbusch@lewisbrisbois.com
*Attorneys for Defendant Honeywell, Inc.*

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

*/s/_Tyler M. Cuff*
Tyler M. Cuff
P.O Box 1888
Albuquerque, NM 87103
Tel: 505-765-5900
tcuff@rodey.com
*Attorneys for Defendant Metropolitan Life Insurance*
**PERKINS COIE LLP**

*/s/_Kristine Kruger____________________*

Kristine Kruger
Brien McMahon
1111 W. Jefferson St., Suite 500
Boise, ID 83702
Tel: 208-343-3434
KKruger@perkinscoie.com
BMcMahon@perkinscoie.com
*Attorneys for Defendant Honeywell International, Inc.*